# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KLARKE ANTHONY GARL, <br><br> Defendant. | Case No.: 1:12-cv-00672- LJO-JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED MAY 1, 2013 <br><br> (Doc. 12) |

On May 1, 2013, the Court issued an order to Plaintiff to show cause why the action should not be dismissed for failure to prosecute and failure to comply with the Court's order, or in the alternative for Plaintiff to file a motion for default judgment. (Doc. 12). On May 15, 2013, Plaintiff filed a motion for default judgment in accordance with the Court's order.

Based upon the foregoing, **IT IS HEREBY ORDERED**: The Order to Show Cause (Doc. 12) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **May 16, 2013**                                 **/s/ Jennifer L. Thurston**
                                                                               UNITED STATES MAGISTRATE JUDGE

1