**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) Case No.: 1:12-cv-00672 - LJO - JLT |
| Plaintiff, | ) |
| | ) ORDER DIRECTING PLAINTIFF TO FILE A |
| v. | ) DECLARATION IN SUPPORT OF THE MOTION |
| | ) FOR DEFAULT JUDGMENT |
| KLARKE ANTHONY GARL, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Plaintiff seeks the entry of default judgment against defendant Klarke Anthony Garl, individually and doing business as Nile Bar and Grill. (Doc. 13).  In the memorandum in support thereof, Plaintiff references "Plaintiff's Affidavit in Support of Plaintiff's Application for Default Judgment by the Court," which was to be "concurrently filed" with the motion.  (*See* Doc. 13-1 at 9).  However, Plaintiff failed to the affidavit in support of the motion.  Accordingly, **IT IS HEREBY ORDERED**: Plaintiff **SHALL** file a declaration in support of the motion for default judgment within seven days of the date of service of this Order.

IT IS SO ORDERED.

Dated:  __**June 14, 2013**__            _____**/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE