# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>  Plaintiff, <br><br>  v. <br><br> KLARKE ANTHONY GARL, <br><br>  Defendant. | Case No.: 1:12-cv-00672- LJO-JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE DATED JUNE 25, 2013 <br><br> (Doc. 17) |

On June 25, 2013, the Court issued an order to Plaintiff to show cause why the action should not be dismissed for failure to prosecute and failure to comply with the Court's order, or in the alternative for Plaintiff to file a declaration in support of default judgment. (Doc. 17). On July 1, 2013, Plaintiff filed a declaration in accordance with the Court's order.

Based upon the foregoing, **IT IS HEREBY ORDERED**: The Order to Show Cause dated June 25, 2013 (Doc. 17) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: **July 2, 2013**               **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE

1