# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KLARKE ANTHONY GARL, <br><br> Defendant. | Case No.: 1:12-cv-00672- LJO-JLT <br><br> ORDER DIRECTING PLAINTIFF'S COUNSEL TO FILE A SUPPLEMENTAL DECLARATION IN SUPPORT OF THE MOTION FOR ATTORNEY'S FEES AND COSTS |

On August 7, 2013, Plaintiff filed a motion for attorney's fees and costs pursuant to 47 U.S.C § 553. (Doc. 24). In support of the motion, Plaintiff's counsel Thomas Riley filed a declaration that identified the hours worked by the firm. However, it appears several pages are missing from Exhibit 1 to his declaration, which would have contained information regarding the hours worked, and by whom. Because this information is necessary for the Court's consideration of the motion, Mr. Riley **SHALL** file a supplemental or amended declaration in support of the motion no later than **September 5, 2013**.

IT IS SO ORDERED.

Dated: **August 29, 2013**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE

1