1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 JOE HAND PROMOTIONS, INC., | ) Case No.: 1:12-cv-00672 - LJO - JLT |
| 12 Plaintiff, | ) ORDER ADOPTING IN FULL THE FINDINGS |
| 13 v. | ) AND RECOMMENDATIONS GRANTING ) PLAINTIFF'S MOTION FOR ATTORNEYS' |
| 14 KLARKE ANTHONY GARL, | ) FEES AND COSTS ) |
| 15 Defendant. | ) (Docs. 24, 29) ) |
| 16 | ) |

17       Joe Hand Promotions, Inc. ("Plaintiff") seeks an award of attorneys' fees and costs pursuant to

18 47 U.S.C. § 553.  (Doc. 24).  Defendant Klarke Anthony Garl, individually and doing business as Nile

19 Bar and Grill, did not oppose the motion.  On September 3, 2013, the Magistrate Judge recommended

20 Plaintiff's motion be granted in the amount of $2,127.50.  (Doc. 19).

21       Though the parties were granted fourteen days after the date of service, to file objections to the

22 Magistrate Judge's Findings and Recommendations or until September 17, 2013, none were filed.  In

23 accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School

24 Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having

25 carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by

26 the record and by proper analysis.

27 ///

28 ///

1

1      Based upon the foregoing, **IT IS HEREBY ORDERED**:

2      1.      The Magistrate Judge's Findings and Recommendations filed September 3, 2013 are

3              **ADOPTED IN FULL**;

4      2.      Plaintiff's motion for attorneys' fees and costs (Doc. 24) is **GRANTED** in the modified

5              amount of $**2,127.50**.

6

7

8  IT IS SO ORDERED.

9      Dated:   **September 18, 2013**              **/s/ Lawrence J. O'Neill**
10                                         UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28