# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No.: 1:12-cv-00672 - LJO - JLT |
| Plaintiff, | ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS |
| v. | |
| KLARKE ANTHONY GARL, | |
| Defendant. | (Docs. 24, 29) |

Joe Hand Promotions, Inc. ("Plaintiff") seeks an award of attorneys' fees and costs pursuant to 47 U.S.C. § 553. (Doc. 24). Defendant Klarke Anthony Garl, individually and doing business as Nile Bar and Grill, did not oppose the motion. On September 3, 2013, the Magistrate Judge recommended Plaintiff's motion be granted in the amount of $2,127.50. (Doc. 19).

Though the parties were granted fourteen days after the date of service, to file objections to the Magistrate Judge's Findings and Recommendations or until September 17, 2013, none were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

///

///

1

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Magistrate Judge's Findings and Recommendations filed September 3, 2013 are **ADOPTED IN FULL**;
2. Plaintiff's motion for attorneys' fees and costs (Doc. 24) is **GRANTED** in the modified amount of $**2,127.50**.

IT IS SO ORDERED.

Dated:   **September 18, 2013**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE